JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELFINO MARTIÑON BAUTISTA, individually and on behalf of all those similarly situated, )<br>)<br>)<br>) | Case No. CV 12-10004 FMO (CWx) |
| Plaintiffs, )<br>) | **JUDGMENT** |
| v. )<br>) | |
| HARVEST MANAGEMENT SUB LLC, <u>et al.</u>, )<br>) | |
| Defendants. )<br>) | |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs & Incentive Payment, filed on July 14, 2014, IT IS ADJUDGED THAT:

1. Plaintiff Delfino Martiñon Bautista shall be paid an incentive payment of $5,000, out of the settlement fund, in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $660,000 in attorney's fees, and $14,916.97 in costs, out of the settlement fund, in accordance with the terms of the Settlement Agreement.

3. The settlement administrator, CPT Group, Inc., shall be paid $107,500, for its fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement.

1       4.  The California Labor and Workforce Development Agency shall be paid the amount of

2 $15,000, in accordance with the terms of the Settlement Agreement.

3       5.  Except as to any members of the California Settlement Classes who have validly and

4 timely requested exclusion, and members of the FLSA Overtime Settlement Class who have not

5 affirmatively opted into the settlement, the above captioned action is **dismissed with prejudice**,

6 with all parties to bear their own fees and costs except as set forth herein and in the prior orders

7 of this court.

8 Dated this 14th day of July, 2014.

                                        /s/
                                  Fernando M. Olguin
                                United States District Judge